E. GRADY JOLLY, Circuit Judge,
concurring in result:
I concur in the result reached by the majority because I agree that it reflects the more accurate and realistic way the case has been presented for decision. There is much to admire in Chief Judge Jones’s dissent, and if I agreed that the argument she addresses was the question that plaintiffs were actually presenting for decision, I would concur in her opinion. Judge Clement has written clearly but broadly. In my view, she does not merely challenge the statute’s express provisions that effectively bar a Party from coordinating its efforts with the campaign of a candidate, but also the Supreme Court’s ruling that essentially upholds this provision. Both she and Chief Judge Jones ultimately may be correct. But, in my opinion, not today.